Acct # ▮▮▮                     Check # : ▮▮▮                          Amount : **1,226.15**

Seq# : ▮▮▮

---

Nationwide Insurance  Check No: ▮▮▮    56-1544
PO BOX 182166                              Date: 04-21-2022   441
COLUMBUS, OH  43218-2166                   Void If Not Cashed Within 180 Days
1-800-421-3535                             Ref:  328030-GJ

**THIS IS WATERMARKED PAPER - HOLD TO LIGHT TO VERIFY WATERMARK**

PAY EXACTLY    **ONE THOUSAND TWO HUNDRED TWENTY -SIX AND 15/100 DOLLARS**

Pay To The Order Of:
SACKS WESTON LLC and Susan Werner
1845 WALNUT ST STE 1600
PHILADELPHIA PA 19103-4716

$*1,226.15*

JPMorgan Chase Bank, N.A.
Columbus, OH

Authorized Signature

