Gerald D. Wixted
**Dilworth Paxson LLP**
2 Research Way
Princeton, New Jersey 08540
(609) 924-6000
(215) 893-8537 (FACSIMILE)
gwixted@dilworthlaw.com

*Attorneys for Defendant Twin City Fire Insurance Company*

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| SOFT PRETZEL FRANCHISE SYSTEMS, INC., | : | CIVIL ACTION NO.: 2:22-cv-01277 |
| Plaintiff, | : | |
| v. | : | |
| TWIN CITY FIRE INSURANCE COMPANY and THE HARTFORD, | : | |
| Defendant. | : | |

**MOTION OF DEFENDANT TWIN CITY FIRE INSURANCE COMPANY FOR JUDGMENT ON THE PLEADINGS**

AND NOW, Defendant Twin City Fire Insurance Company ("Twin City") (incorrectly named as "The Hartford") hereby moves this Court for Judgment On The Pleadings dismissing the Plaintiff's Complaint pursuant to Rule 12(c) of the Federal Rules of Civil Procedure and the Scheduling Order of the Court entered May 19, 2022. In support of this Motion, Twin City refers the Court to the Brief, Certification of Counsel, Exhibits, and form of proposed Order attached. Twin City respectfully requests oral argument if this Motion is opposed.

**DILWORTH PAXSON LLP**

By:   */s/ Gerald D. Wixted*
     Gerald D. Wixted
     2 Research Way
     Princeton, New Jersey 08540
     TEL: (609) 924-6000
     FAX: (215) 893-8537
     gwixted@dilworthlaw.com

     *Attorneys for Defendant*
     Twin City Fire Insurance Company

Dated: June 30, 2022
       Princeton, New Jersey