IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SOFT PRETZEL FRANCHISE SYSTEMS, INC. | : : : | CIVIL ACTION |
| v. | : : | |
| TWIN CITY FIRE INS. CO., et al. | : : | NO. 22-1277 |

ORDER

AND NOW, this 28th day of July, 2022, after a telephone conference with and the agreement of counsel, it is hereby ORDERED that defendant The Hartford is DISMISSED without prejudice.

BY THE COURT:

/s/ Harvey Bartle III
_____
J.