IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA


SOFT PRETZEL FRANCHISE SYSTEMS,  :          CIVIL ACTION
INC.                             :
                                 :
              v.                 :
                                 :
TWIN CITY FIRE INSURANCE CO.     :          NO. 22-1277
                                 :

ORDER

         AND NOW, this  4th  day of August, 2022, for the
reasons set forth in the foregoing memorandum, it is hereby
ORDERED that:

         (1)  the motion of defendant Twin City Fire Insurance
Co. for judgment on the pleadings against plaintiff Soft Pretzel
Franchise Systems, Inc. (Doc. #12) is GRANTED; and

         (2)  the motion of plaintiff Soft Pretzel Franchise
Systems, Inc. for judgment on the pleadings against defendant
Twin City Fire Insurance Co. (Doc. #11) is DENIED.


                              BY THE COURT:


                              /s/ Harvey Bartle III
                              _____
                                                          J.